**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

FILED
MAR 17 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 26-30035-SPM |
| | ) | |
| STEVEN A. HABERKORN, | ) | Title 18, United States Code, |
| | ) | Sections 876(c) and 879 |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### MAILING THREATENING COMMUNICATIONS

On or about August 25, 2024, in Williamson County, Illinois, within the Southern District of Illinois,

**STEVEN A. HABERKORN,**

defendant herein, knowingly and willfully did deposit in an authorized deposit for mail matter, to be sent and delivered by the Postal Service, a communication dated August 24, 2024, addressed to his mother, containing a threat to injure then President Joseph Biden and then Vice President Kamala Harris, who are officials covered by 18 U.S.C. § 1114, by threatening to tie them up, shoot their kneecaps, chop them up with an axe, and set their bodies on fire; in violation of Title 18, United States Code, Section 876(c).

### COUNT TWO
### THREATS AGAINST FORMER PRESIDENTS AND OTHER SECRET SERVICE PROTECTEES

On or about August 25, 2024, in Williamson County, Illinois, within the Southern District of Illinois,

**STEVEN A. HABERKORN,**

defendant herein, knowingly and willfully threatened to kill and to inflict bodily harm upon Barack Obama, Donald Trump, George W. Bush, and Bill Clinton, then former Presidents of the United States, and members of the immediate families of all of these individuals, by threatening to tie them up, shoot their kneecaps, chop them up with an axe, and set their bodies on fire; in violation of Title 18, United States Code, Section 879.

**A TRUE BILL**

[redacted]

MADALYN J. CAMBPELL
Assistant United States Attorney

Digitally signed by STEVEN WEINHOEFT
Date: 2026.02.17 13:17:15 -06'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention